HAMMONDLAW, P.C.
JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
POLINA PECHERSKAYA (SBN 269086)
ppecherskaya@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
1829 Reisterstown Rd. Suite 410
Baltimore, MD 21208
(310) 601-6766
(310) 295-2385 (Fax)

Attorneys for Plaintiffs and the Putative Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TOIYA MORRISON, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br>vs.<br><br>AMERICAN NATIONAL RED CROSS, a Congressional Charter Corporation,<br><br>　　　Defendant | Case No.: 3:19-cv-2855-HSG<br><br>**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT AND EXTEND TIME FOR DEFENDANT TO RESPOND; [PROPOSED] ORDER** |

1       IT IS HEREBY STIPULATED by and between LA TOIYA MORRISON ("Plaintiff") and AMERICAN NATIONAL RED CROSS ("Defendant") (collectively, the "Parties") as follows:

1. Plaintiff filed a Class Action Complaint ("Complaint") for failure to reimburse business expenses pursuant to California Labor Code section 2802, and unfair and unlawful business practices pursuant to California Business and Professions Code section 17200 *et seq.*, in the Superior Court of California for the County of Alameda on April 24, 2019.

2. Defendant filed its Answer to Plaintiff's Complaint on May 22, 2019.

3. On May 23, 2019, Defendant removed the action from the Superior Court of California for the County of Alameda to the United States District Court for the Northern District of California (Doc. No. 1).

4. Plaintiff now seeks to amend her Complaint to add a Private Attorneys General Act ("PAGA") cause of action based on the alleged failure to reimburse business expenses; and update her Complaint to comply with federal pleadings standard. Plaintiff's First Amended Complaint is attached hereto as **Exhibit 1**. A red-lined copy of Plaintiff's First Amended Complaint is attached hereto as **Exhibit 2**.

5. The Parties have met and conferred, and Defendant does not object to the filing of the First Amended Complaint, attached hereto as Exhibit 1.

6. The Parties have agreed to extend Defendant's deadline to respond to Plaintiff's First Amended Complaint from fourteen (14) days to twenty-one (21) days after service of Plaintiff's First Amended Complaint.

7. Defendant reserves all defenses to Plaintiff's claims and this stipulation shall not be construed as a waiver of Defendant's defenses.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties and subject to the Court's approval that:

1. Plaintiff may file the First Amended Complaint, attached hereto as Exhibit 1;

2. Defendant's deadline to respond to Plaintiff's First Amended Complaint is extended from fourteen (14) days to twenty-one (21) days after service of Plaintiff's First Amended Complaint; and

3. Defendant does not impliedly or expressly concede any of the legal or factual statements in the First Amended Complaint, nor does it waive any arguments or defenses to the First Amended Complaint. Defendant disagrees with the legal and factual assertions contained in the First Amended Complaint. Defendant has only provided its agreement to permit Plaintiff to file the First Amended Complaint for the reasons set forth above.

IT IS SO STIPULATED.

Dated: July 3, 2019                               Respectfully submitted,

                                                  HammondLaw, P.C.


                                                  s/ Julian Hammond
                                                  Julian Hammond
                                                  Attorneys for Plaintiff



Dated: July 3, 2019                               Littler Mendelson


                                                  s/ Lisa Lin Garcia
                                                  Lisa Lin Garcia
                                                  Attorneys for Defendant



PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/5/19                                     *[signature]*
                                                  HON. HAYWOOD S. GILLIAM, JR.