1 | JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
2 | POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
3 | ARI CHERNIAK (SBN 290071)
acherniak@hammondlaw.com
4 | HAMMONDLAW, P.C.
1829 Reisterstown Rd. Suite 410
5 | Baltimore, MD 21208
Tel:   (310) 601-6766
6 | Fax:  (310) 295-2385

7 | Attorneys for Plaintiff and Putative Class

8 |

9 | LISA LIN GARCIA, Bar No. 260582
llgarcia@littler.com
BETHANIE E. BARNES, Bar No. 294104
10 | bebarnes@littler.com
LITTLER MENDELSON, P.C.
11 | 333 Bush Street, 34th Floor
San Francisco, California 94104
12 | Telephone:     415.433.1940
Facsimile:     415.399.8490

13 |

Attorneys for Defendant
14 | AMERICAN NATIONAL RED CROSS

15 |

16 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17 |

18 | LA TOIYA MORRISON, individually and on behalf of all others similarly situated, | Case No.:  4:19-cv-02855-HSG

19 | | **JOINT STIPULATION TO CONTINUE AUGUST 27, 2019 INITIAL CASE MANAGEMENT CONFERENCE; ORDER**

20 | Plaintiff,

21 | vs.

22 | AMERICAN NATIONAL RED CROSS, a Congressional Charter Corporation,

23 | Defendant.

24 |

25 |

26 |

27 |

28 |

Plaintiff LA TOIYA MORRISON ("Plaintiff") and AMERICAN NATIONAL RED CROSS ("Defendant") (collectively referred to herein as the "Parties"), by and through their attorneys of record, stipulate and request as follows:

1.     On May 23, 2019 Defendant removed this action from California Superior Court, County of Alameda. The Initial Case Management Conference is set for August 27, 2019 at 2:00 p.m.

2.     The Parties have agreed to attend an early mediation and engage in informal discovery and are conferring on a mediator and mediation date. The Parties agree that continuing the Initial Case Management Conference will enable them to focus on the upcoming mediation and potential early settlement.

3.     NOW THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED that the Initial Case Management Conference be continued from August 27, 2019 until December 10, 2019 at 2:00 p.m.

Dated:

HAMMONDLAW P.C.                                    LITTLER MENDELSON, P.C.

By: _____                     By: _____
        Julian Hammond                                          Lisa Lin Garcia

Attorney for Plaintiff                             Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _8/7/2019_____



Judge Haywood S. Gilliam Jr.

FIRMWIDE:165771698.1 103632.1001

1