JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlaw.com
HAMMONDLAW, P.C.
1829 Reisterstown Rd. Suite 410
Baltimore, MD 21208
Tel: (310) 601-6766
Fax: (310) 295-2385

Attorneys for Plaintiff and Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TOIYA MORRISON, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN NATIONAL RED CROSS, a Congressional Charter Corporation,<br><br>　　Defendant. | Case No.: 4:19-cv-2855-HSG<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT THE AUGUST 27, 2019 INITIAL CASE MANAGEMENT CONFERENCE** |

## ORDER

Having considered Plaintiff's administrative motion for leave to appear telephonically at the Initial Case Management Conference, and good cause appearing, the Court grants Plaintiff's motion. Plaintiff's counsel Julian Hammond may appear by telephone at the Initial Case Management Conference scheduled for August 27, 2019 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

 8/14/2019
DATED

HON. HAYWOOD S. GILLIAM, JR.