UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TOIYA MORRISON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL RED CROSS,<br><br>Defendant. | Case No. 19-cv-02855-HSG<br><br>**JUDGMENT** |

Judgment in this matter is entered in accordance with, and incorporates by reference the findings of, the Court's Order Granting Motion for Final Approval and Granting in Part and Denying in Part Motion for Attorneys' Fees, Dkt. No. 54.

1. The Court has approved the Class Settlement in the amount of $377,000, including $37,700 as the PAGA Payment, and settlement administration fees not to exceed $7,500.

2. The Court has granted in part Class Counsel's request for attorneys' fees and costs in the amount of $103,345.15 and an incentive award for the named Plaintiff in the amount of $5,000.

3. Accordingly, all claims asserted in this action are **DISMISSED WITH PREJUDICE** as to the named Plaintiff and the Plaintiff Class Members. The PAGA Claims asserted in this action are **DISMISSED WITH PREJUDICE** as to the named Plaintiff and all PAGA Releasees. All Class Members who did not properly and timely opt out from the Class Settlement are bound by the Judgment and are barred from pursuing or seeking to reopen any of the Settled Claims. All PAGA Releasees are barred from pursuing or seeking to reopen any of the PAGA

Claims.

Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Class Members, for purposes of enforcing the terms of the Judgment. The Clerk is further directed to close this case.

**IT IS SO ORDERED.**

Dated: 2/4/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge